**No. 54183.**—The Chapel Donner Corp. *v.* United States, protests 129932–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of rabbit hair similar in all material respects to that the subject of Abstract 53024, the claim of the plaintiff was sustained.

**No. 54184.**—I. Silverman *v.* United States, protest 140482–K (New York).

Opinion by MOLLISON, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 54185.**—J. A. Hunter Hardwood Corp. *v.* United States, protest 153957–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of sawed dagame lumber similar in all material respects to that the subject of *John A. Hunter Hardwood Corp.* v. *United States* (21 Cust. Ct. 139, C. D. 1143), the claim of the plaintiff was sustained.

**No. 54186.**—Polaks Frutal Works, Inc. *v.* United States, protest 151341–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of mandarin oil the same in all material respects as that the subject of *Fritzsche Bros., Inc.* v. *United States* (21 Cust. Ct. 90, C. D. 1134), the claim of the plaintiff was sustained.